UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER L. STEVENS,<br><br>PLAINTIFF,<br><br>– AGAINST –<br><br>WAL-MART STORES, INC.,<br>DOREL INDUSTRIES, INC. AND<br>PACIFIC CYCLE, INC.,<br><br>DEFENDANTS. | Case No.: 05 Civ. 4834 (RJC)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties that the above-captioned case, including all claims, causes of action, and cross-claims filed by any of the parties, is dismissed with prejudice and without costs pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
~~November 29, 2006~~
December 8, 2006

| | |
|---|---|
| **CONOVER LAW OFFICES**<br>Attorneys for Plaintiff<br><br>By: _____<br>Bradford D. Conover (BC-7224)<br><br>75 Rockefeller Plaza<br>New York, New York 10004<br>(212) 588-9080 | **KELLEY DRYE & WARREN LLP**<br>Attorneys for Defendants<br><br>By: _____<br>Kenn Brotman (admitted *pro hac vice*)<br>333 West Wacker Drive, Suite 2600<br>Chicago, Illinois 60606<br>(312) 857-7070 |